# UNITED STATES DISTRICT COURT

# FILED

EASTERN    DISTRICT OF    CALIFORNIA

——————————————oOo——————————————

JUN 2 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Eddie Bojorquez

████████████████████████
████████████████

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

**1: 0 9 MJ  0 0 1 2 7   GSA**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **from May 17, 2007, through June 22, 2009**, in **Tulare** County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **Knowingly fail to register as a sex offender, and fail to update his registration as a sex offender, after having traveled in interstate commerce and being obligated to register and update his registration as a sex offender under the Sex Offender Registration and Notification Act**

in violation of Title **18**, United States Code, Section(s) **2250(a)(1) and (3)**. I further state that I am a(n) Deputy United States Marshal, Criminal Investigator, and that this complaint is based on the following facts:

▸ **See attached affidavit**

Continued on the attached sheet and made a part of this complaint:  **X**

_____
Signature of Complainant Anne Gaskins
U.S. Marshals Service

Sworn to before me, and signed in my presence
June 23, 2009

at    Fresno, California

Date

City        State

Gary S. Austin        U.S. Magistrate Judge

_____
Name of Judge            Title of Judge

_____
Signature of Judge

## AFFIDAVIT

I, Deputy United States Marshal Anne Gaskins, being duly sworn, do hereby declare and state the following:

1. I, Anne Gaskins, am a Criminal Investigator/Deputy U.S. Marshal assigned to the Eastern District of California, Fresno office. I have been employed with the United States Marshals Service for six years. In 2006, I completed the United States Marshals Service Basic Deputy Academy. In 2007, I completed the Federal Law Enforcement Training Center course for Criminal Investigators. I am currently assigned to the Central Valley Joint Fugitive Task Force (CVJFTF) sponsored by the United States Marshals Service, in the Eastern District of California. I am also currently assigned the Sexual Offender Investigations Coordinator (SOIC) for the U.S. Marshals Service in the Eastern District of California, Fresno. One of my responsibilities is to investigate crimes involving individuals that are convicted sex offenders, who have failed to register as required by 18 United States Code Section 2250, also known as the Adam Walsh Child Protection and Safety Act of 2006.

2. I am the case agent for the investigation concerning Eddie BOJORQUEZ, a convicted sex offender, and his alleged failure to maintain his sex offender registration in Arizona and his failure to update his registration upon entering California as his new place of residence and employment. I base this affidavit upon my training, experience, personal knowledge, review of pertinent documents, discussions with other law enforcement officers, and involvement in the discussions and events more particularly described below.

3. This affidavit is made in support of an application for a criminal complaint charging BOJORQUEZ with a violation of 18 U.S.C. Section 2250.

4. Based on my training, experience, and participation in this investigation, I am aware of the following facts:

5. On January 12, 1993, BOJORQUEZ was convicted of Sexual Conduct with a Minor by the Superior Court of Arizona in Maricopa County (Case # 9291953), an offense for which lifetime registration is required.

6. On May 28, 1993, BOJORQUEZ completed his first Arizona Department of Public Safety Sex Offender Registration Form. The Sex Offender Registration form instructs BOJORQUEZ that he has a duty to register within ten (10) days after conviction, or after entering and remaining in any county of the state, with the Sheriff of the county in which the person resides. The Sex Offender Registration form also states that one must, within seventy two (72) hours after moving from a county (including out-of-state) from which one is registered, notify in writing and in person, the Sheriff in the county from which one moves. If one relocates to another state, they must comply with the registration requirements of that state. The Sex Offender Registration form further states that one is required to register as a lifetime sex offender and failure to do so is punishable as a felony. BOJORQUEZ initialed next to each directive, and had signed and dated the form. BOJORQUEZ's last Sex Offender Registration update form was completed and signed May 17, 2007. He listed his last residence as 8136 E. 6th Ave in Mesa, Arizona 85208.

7. On December 10, 2007, the Maricopa County Sheriffs Office attempted to verify BOJORQUEZ's address at 8136 E 6th Ave in Mesa, Arizona 85208. It was determined by Detective Reed that BOJORQUEZ was not residing at his registered residence. The Sex Offender Compliance Unit was notified that BOJORQUEZ failed to notify the Maricopa County Sheriff's Office of his intention to move and he was placed in "absconder Status."

8. On June 16, 2009, your Affiant ran a National Crime Information Center (NCIC) computer check on BOJORQUEZ. The check revealed that BOJORQUEZ was arrested for Disorderly Conduct in Visalia, California on February 17, 2009. According to Tulare County Jail records, BOJORQUEZ listed his home address as 30724 Camp Street in Goshen, CA 93291. BOJORQUEZ also has two outstanding warrants in Arizona for a Probation Violation and Failure to Appear.

9. On April 3, 2009, Linda Schweig, Assessment Unit Manager with the California Department of Justice: Sex Offender Tracking Program, confirmed that as of March 25, 2009, there were no records indicating that BOJORQUEZ had ever registered as a convicted sex offender in the state of California.

10. On April 21, 2009, the Arizona Department of Economic Security: Office of Internal Affairs conducted a records check of BOJORQUEZ. Databases reflected that in February of 2008, BOJORQUEZ had received earnings from Bashas Inc. in Phoenix, Arizona.

11. On April 28, 2009, the California Employment Development Department (EDD) conducted a records check of BOJORQUEZ at the Affiant's request. Databases reflected that in 2008, BOJORQUEZ had first and third quarter earnings at

Ponderosa Construction and Plastering located at 1303 S. Pinkham Street in Visalia, California 93292.

12. On June 10, 2009, your Affiant interviewed Gloria Villarreal, owner of Ponderosa Construction and Plastering. Villarreal stated that BOJORQUEZ was employed with Ponderosa Construction and Plastering from September 28, 2007 to July 18, 2008. Copies of six pay stubs were provided to your Affiant. Villarreal also provided a copy of an Order/Notice to Withhold Income for Child Support. During his employment at Ponderosa Construction and Plastering, BOJORQUEZ was paying child support in the state of Arizona.

13. On June 10, 2009, your Affiant developed information that BOJORQUEZ was residing at 30724 Camp Drive Apt B in Visalia, CA 93291. At this location, Deputies observed BOJORQUEZ with three children ranging in age from approximately two (2) to thirteen (13) years of age.

14. Your Affiant submits that probable cause exist to charge BORJORQUEZ with violation of 18 U.S.C. § 2250, Sex Offender and Crimes Against Children Registry, also known as the Adam Walsh Protection and Safety Act of 2006, for failing to register as a sex offender in the state of California and having traveled from the State of Arizona, where he was convicted of Attempted Sexual Conduct with a Minor, where he was registered but left and has failed to comply with registration requirements since December 10, 2007.

15. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that in the Eastern District of California, Eddie BOJORQUEZ, being a person required to register under the Sex Offender

Registration and Notification Act (SORNA), did knowingly fail to register or

update a registration as required by SORNA and did travel in interstate

commerce, in violation of 18 U.S.C. Section 2250.

_Anne E. Gaskins_
Anne E. Gaskins
Deputy U.S. Marshal

Sworn before me and subscribed in my presence this 23 day of June 2009, at

Fresno, California.

_Judge Gary S. Austin_
Judge Gary S. Austin
United States Magistrate Judge
Eastern District of California