DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDWARD BOJORQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD BOJORQUEZ,<br><br>    Defendant. | NO. 1:09-cr-0255 LJO<br><br>**ORDER GRANTING APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |

The Application For Subpoena Duces Tecum, filed by defendant Edward Bojorquez **is hereby granted** authorizing issuance of a subpoena duces tecum pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to the Custodian of Records for the Maricopa County Sheriff's Office, 102 W. Madison Street, Phoenix, Arizona, 85003, Tel: 602/876-1070, for production of any and all records relating to Mr. Bojorquez's registration as a sex offender, specifically including, but not limited to, a copy of each and every Sex Offender Registration Form completed by Mr. Bojorquez, or on his behalf, between, and including, January 1, 1993 and January 1, 2008. *This order to be served on U.S. Attorney as well*

DATED: October 24, 2009

LAWRENCE J. O'NEILL,
United States District Court
Eastern District of California

Application for Subpoena
Duces Tecum Pursuant to Fed.R.Crim.P. 17(c) on
Behalf of Defendant; Points and Authorities; Declaration