1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,       ) CR-F-09-00255 LJO
10                                 )
                  Plaintiff,       )
11                                 ) STIPULATION TO RESCHEDULE
        v.                         ) SENTENCING HEARING
12                                 )
   EDDIE BOJORQUEZ,                )
13                                 ) DATE: December 11, 2009
                                   ) TIME: 8:30 a.m.
14                Defendant._____ ) PLACE: Courtroom Four
   _____) HON: Lawrence J. O'Neill
15
                         STIPULATION
16
        The parties agree that the sentencing hearing for this
17
   matter may be moved to December 11, 2009, at 8:30 am. Government
18
   counsel must be away from his office for a work-related reason on
19
   the currently scheduled date for sentencing (December 4, 2009).
20
   The parties also agree that any sentencing memorandum may be
21
   filed by December 4, 2009.
22
   Dated:    November 27, 2009      Respectfully submitted,
23
                                    BENJAMIN B. WAGNER
24                                  United States Attorney

25                                  /s/ David L. Gappa
                               By:  DAVID L. GAPPA
26                                  Assistant U.S. Attorney

27                                  /s/ Peggy Sasso
                                    PEGGY SASSO
28                                  Counsel for Eddie Bojorquez

                              1

1

2

3

4              IN THE UNITED STATES DISTRICT COURT FOR THE

5                    EASTERN DISTRICT OF CALIFORNIA

6
UNITED STATES OF AMERICA,      )  CR-F-09-00255 LJO
7                              )
                Plaintiff,     )
8                              )
      v.                       )
9                              )
EDDIE BOJORQUEZ,               )
10                             )
                               )
11              Defendant._____)
                               )
12 _____

13

                            **ORDER**
14
      The court has reviewed and considered the stipulation of the
15 parties to move the sentencing hearing to December 11, 2009.
Good cause having been shown, the sentencing hearing will be held
16 on December 11, 2009, at 8:30 a.m.
      Any sentencing memorandum may be filed on or before December
17 4, 2009.

18 IT IS SO ORDERED.

19 **Dated:    November 30, 2009**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28