Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Eddie BOJORQUEZ |
| **Docket Number:** | 1:09CR00255-01 LJO |
| **Offender Address:** | Visalia, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12/11/2009 |
| **Original Offense:** | 18 USC 2250(a), Failure to Register as a Sex Offender (CLASS C FELONY) |
| **Original Sentence:** | 13 months BOP; 10 years TSR; $100 SA |
| **Special Conditions:** | 1) Search and seizure; 2) Correctional treatment; 3) Testing; 4) No alcohol; 5) Co-payment plan; 6) Search of computer and electronic devices; 7) No contact with children under the age of 18 years without the approval of probation officer; 8) As directed, attend sex offender treatment; 9) Residential restrictions. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/03/2010 |
| **Assistant U.S. Attorney:** | David L. Gappa      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Peggy Sasso      **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| **03/22/2011**: | Probation Form 12A, Report of Non-Compliance. This was based on marijuana use on or about January 7, 2011. Offender was experiencing depression relating to family issues. |

**RE:     BOJORQUEZ, Eddie**
      **Docket Number:  1:09CR00255-01 LJO**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

**As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or out patient).**

**Justification:**   As reported to Your Honor via a filed Probation Form 12A, Report of Non-Compliance, the defendant had recently used marijuana in January 2011, to deal with depression and self-worth issues.  Currently, the defendant reported he is experiencing marital issues and desires to participate in mental health counseling to help resolve his family problems/issues.  This officer clearly sees the benefit of our treatment option, and was impressed with the defendant's honesty to address these real life issues in a productive, positive manner.

Therefore, it is respectfully recommended the Court approve this modification plan, which will amend mental health treatment to his conditions of release.  The defendant voluntarily signed the Waiver of Hearing Form, agreeing to the above-noted modification.

Should Your Honor have any questions or need additional information, please do not hesitate to contact this officer.

RE:  BOJORQUEZ, Eddie
     Docket Number:  1:09CR00255-01 LJO
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Ben J. Blankenship

**BEN J. BLANKENSHIP**
**Senior United States Probation Officer**
Telephone:  (559) 734-0317

**DATED:**  April 18, 2011
            Visalia, California

**REVIEWED BY:**   /s/ Thomas A. Burgess
                   **THOMAS A. BURGESS**
                   **Supervising United States Probation Officer**

cc:  United States Probation
     D. Gappa, Assistant United States Attorney
     P. Sasso, Assistant Federal Defender
     Defendant
     Court File

**THE COURT ORDERS:**

( X )  Modification approved as recommended.

IT IS SO ORDERED.

**Dated:   April 18, 2011**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE