HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDWARD BOJORQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         *Plaintiff,* <br> v. <br> EDWARD BOJORQUEZ, <br>         *Defendant.* | No. 1:09-cr-00255 LJO <br><br> DEFENDANT EDWARD BOJORQUEZ'S SENTENCING MEMORANDUM <br><br> Date:  December 14, 2015 <br> Time:  8:30 a.m. <br> Judge: Honorable Lawrence J. O'Neill |

**Mr. Bojorquez Respectfully Requests that the Court Follow Probation's Recommendation to Impose a Custodial Sentence of 5 Months Followed by a 1-Year Term of Supervised Release.**

Mr. Bojorquez was last before this Court six years ago when he was sentenced on the underlying offense. The underlying offense stems from a poor decision Eddie made over 23 years ago when he was 18 years old. As was documented at his sentencing, Eddie grew up in a trailer park in Arizona and socialized with other kids that lived there. With limited adult supervision, they began experimenting sexually with each other. One night in 1992, at age 18, Eddie, while highly intoxicated, had sexual relations with one of his friends from his neighborhood. As documented at sentencing, Eddie was extremely immature for his age physically, emotionally and sexually. The girl he had relations with was sexually active and a full inch taller than him, but she was five years younger than Eddie.

Eddie took responsibility for his conduct at the outset, and based on the facts of the case the state court sentenced him to probation. As part of probation Eddie completed shock incarceration. He was

write-up free during the 100-day program, and received glowing reviews for his performance, including special recognition for his positive attitude and strong work ethic. Upon graduation from the program, Eddie got a job painting cars where he quickly became a valued employee, and he enrolled in junior college where he was getting straight As.

Unfortunately, Eddie, like his biological father, is an alcoholic. He was already a heavy drinker by age 12. He violated the terms of his probation by drinking, and instead of receiving a program, he was sentenced to 10 years in custody for the violation.

Eddie was released from custody at age 28, and once again started over. He followed in his mother's footsteps and became a meat cutter at a major supermarket chain. He was quickly promoted, and in 2006 he received a coveted award recognizing him as an outstanding employee. During this time Eddie also began a long-term relationship with the woman who is now his common-law wife, Evette Madrid. He became a father to her two young children. He was on track to lead a regular, normal life that is indistinguishable from that of millions of other Americans, but for one critical fact.

Because of the poor decision he made one night as a drunk and immature adolescent, Eddie has to register as a sex offender for the rest of his life. Even under the best of circumstances, the burden, stigma and life-limiting obstacles that come with that registration requirement cannot be underestimated. On top of the pressure and stressors inherent in the registration requirement, Arizona papers the neighborhood with the photo and address of registrants, fostering a culture of community vigilantism. Eddie was the victim of numerous incidents of vigilantism that forced him to keep moving his family to new locations. Not withstanding the attacks, however, Eddie never shirked his responsibility to register. He registered 22 times over the span of 14 years, dutifully registering multiple times in a month when the family passed from one homeless shelter to another looking for a safe place to live.

In April 2007, shortly after Eddie and Evette had moved into yet another new apartment, they were both viciously attacked in front of one of their children on the basis of Eddie's status as a sex offender. Eddie suffered serious facial injuries with approximately nine broken bones and a fractured nose.

Eddie and Evette made the decision to move to California, and they believed that in order to keep their family safe, Eddie should no longer register. That poor, but understandable decision, is why Eddie wound up before this Court in the first place.

At sentencing, defense argued that given the unique facts of this case, including Eddie's exemplary history of registering for 14 years as well as a long history of being a productive, hard working employee and dedicated father despite the tremendous obstacles he had faced, any sentence in excess of 6 months followed by 5 years of supervised release was greater than necessary to accomplish the goals of sentencing. This Court sentenced Eddie to 13 months in custody followed by 10 years of supervised release.

It is now six years later. Eddie has completed five and a half years of his term of supervised release. This is his first appearance before this Court during those five and a half years.

Those five and a half years have not been easy. He continues to struggle with the stigma, depression, and social ostracization that will follow him for the rest of his life as a result of a poor decision he made when he was 18 years old. While most of us avoid making the poor decision Eddie made, must of us also do not have to publicly lug around with us the mistakes we made when we were 18 years old. Eddie has reached out for help and guidance during his time on supervised release from both myself and his probation officer. I think it is safe to say that we have both grown fond of Eddie and his infectious can-do attitude despite the many life challenges with which he has had to wrestle.

When Eddie was first released from BOP custody he struggled to find work because he no longer had any ID. He did not know how to access his birth certificate in AZ, and thus settled for working in the fields. He worked for the field labor contractor, Narcisso De La Mora. Vincent Lee Declaration. Eddie worked for him for several years upon release. *Id*. Mr. De La Mora describes Eddie as a good employee, a fast worker, and an all around good person. *Id*. He stated that he would offer Eddie a position on his crew any time. *Id*.

Eddie, however, knew he could do better. He struggled with low self-esteem as he watched his wife successfully return to school. He began to experience some marital difficulties; he withdrew into himself and fell into a serious depression. He started going to some mental health counseling sessions but it was not resonating with him. He continued to withdraw and began to relapse with alcohol. His probation officer offered him WestCare, and he embraced the opportunity. He was there two months and a week, and reports that he was thriving and that it was a very positive environment for him. Unfortunately, WestCare does not take individuals required to register as sex offenders, and when they

discovered Eddie's status, he was forced to leave.  From a programming standpoint, Eddie was not ready to leave yet, and the abrupt discharge was challenging.

He and Evette were determined to make the best of it, but they continued to struggle.  They hit rock bottom when they and their two children became homeless in December 2013.  They were taken in by Open Gate Ministries in Dinuaba.  *Id*.  They lived at the shelter for two and a half months, and were able to save enough money to get their own place.  *Id*.  Eddie became an avid volunteer at the Church, both during and after the time he was living in the shelter.  *Id*.  He was someone always willing to give a helping hand.  He helped out with whatever needed to be done such as food giveaways, yard work, and picking up furniture donations.  *Id*.  Even after moving into his own place down the road, he regularly stopped to help, and continued assisting with the food giveaways.  *Id*.  Eddie made it clear through his actions of continually giving back how incredibly grateful he was for all that the Church had done for his family in their hour of need.  *Id*.  Eddie also became actively involved in the Church, attending men's bible study three times a week.

In 2014, Eddie's biological father finally came through with his birth certificate, and Eddie was able to get identification.  He began working at Maaco Auto Body Repair in Visalia.  His boss described Eddie as both a good worker and a good person.  *Id*.  Building on skills he acquired as a young man in Arizona, Eddie was tasked with prepping vehicles for painting.  *Id*.

Notwithstanding his success at work, Eddie continued to struggle with depression as he was forced to confront the stigma of his status on a daily basis, and the loss of people in his life that he thought of as friends until they learned of his status.  The depression ultimately became debilitating, and Eddie walked away from his job at Macco.  He went back to working in the fields.  Meanwhile, Evette became a manager at a local supermarket.

Not surprisingly, Eddie's depression began to take a toll on his marriage.  As Eddie withdrew further into himself, Evette developed new friends and a new social life that did not include Eddie.  The one bright light left in Eddie's life was his grandson, the son of his step-daughter.  Pictures of Eddie with his grandson Anthony are attached as Exhibit A to Vincent Lee's Declaration.  Eddie doted on little Anthony; Anthony became his reason for living.  Eddie even got Anthony's father a job in the fields with him to help make sure Anthony would have what he needed in life.

In February 2015, Arizona suddenly decided it wanted to prosecute Eddie for his failure to notify the state when he left in 2007.  In July 2009, the Federal Defender Office contacted the assigned detective from the Mesa Police Department in Arizona in hopes of resolving the matter.  The detective was not interested in resolving the matter, and informed our office that she would notify the district attorney's office of Eddie's whereabouts so that he could be extradited to Arizona.  Six years later, Arizona finally got around to "extraditing" Eddie.  Eddie's probation officer attempted to explain to Arizona officials the absurdity of their position, but was no more effective than defense counsel had been six years earlier.

Eddie's probation officer, however, was able to negotiate a self-surrender.  Eddie pulled himself together and immediately got himself to Arizona.  Once there, Eddie went to the courthouse, which had no record of him, and no idea why he was there.  Eddie called my office for help.  After numerous phone calls and with the assistance of several different defense attorneys, the undersigned was able to determine that Eddie needed to report to a specific detention facility.  Eddie went to the facility, and was detained without incident.  The charge was dropped down to misdemeanor "Interference with Judicial Proceedings," and Eddie was sentenced to two years probation.  He was ordered by the sentencing judge to remain in Arizona.  Finally, at the end of June, the order to remain in Arizona was lifted and Eddie was cleared to return to California.

By that time, however, Eddie had settled into a productive and stable life in Arizona, living with his mother and step-father.  He had begun the process of healing long damaged relationships, and he was feeling good about himself for the first time in a long time.  Critical to his recovery, was his decision to purchase a bicycle.  He began riding that bicycle at least 12 miles a day, and usually much further.  Vincent Lee Declaration.  Doing so gave him a sense of freedom from the stress he had been carrying around with him for the past several decades.  He began to delight in the world around him in new ways.  He began to see beauty all around him.  He became an avid photographer of nature; spending time outdoors appreciating the plants and animals around him became a religion to him.  *Id*.  Bike riding also gave him a way to bond with his step-father (Benny Maldonado) for the first time.  *Id*.  They went on several long rides together, including a 60-mile ride from Crown King to Pinnacle Peak.  *Id*.  Mr. Maldonado came to appreciate Eddie's tenacity and observed that there is nothing Eddie cannot accomplish if he puts his mind to it.  *Id*.

Eddie worked at several different Maccos, prepping cars for painting. He rode his bike to and from work. On his route he would pass a retirement community. Around the Fourth of July Eddie saw a guy struggling to fix a lawn mower. Eddie stopped to help. He learned the maintenance guy had recently died so on his way home, Eddie began to check in and see if anything was needed. He volunteered to mow the lawn on several occasions and unplugged a few sinks.

Eddie also volunteered to help his parents' friends as needed. For example, on multiple occasions, Eddie assisted Anthony and Suzanne Padilla. *Id*. Anthony described Eddie as "super courteous," and opined that at times he felt uncomfortable because he did not want to take advantage of Eddie's generosity. *Id*. Suzanne stated that Eddie in fact came by everyday to see how he could help, which ranged from taking out the garbage to repairing a broken car. *Id*. Eddie also helped Suzanne's aunt out by repairing and detailing her car. *Id*. Suzanne paid Eddie on occasion but observed that much of the work Eddie did, he did for free, and opined that Eddie always had a very positive attitude. *Id*.

As Eddie began to relax and let go of some of the stress he had been carrying around with him, he re-discovered his artistic side. In addition to taking pictures, he began drawing and doing wood work. Pictures of a drawing Eddie made as well as a sign he crafted out of wood for his step-father are attached as exhibits B and C to Vincent Lee's declaration.

Eddie is here today because as he became more settled into life in Arizona, by September 2015, he stopped communicating with his probation officer as required. Specifically, he failed to report that he had contact with the police one night when he was out on one of his long bike rides. Eddie's failure to communicate was not in any way an attempt to abscond; he is close to his probation officer and values his guidance. Indeed, Eddie called his probation officer in October after the arrest warrant had gone out, but before Eddie knew that.

Eddie had actually begun making plans to return to California in August. Upon doing so, he learned his wife had moved on, and was in a new relationship. Eddie was devastated. It had not occurred to him that his life in California would not stand still while he took time out to heal himself in Arizona. Depression took over for a few weeks, and he could not bring himself to think about anything related to California. Unfortunately, since he was still on federal probation, he did not have the luxury of taking a time out. By the time he got himself together enough to call his probation officer, it was too late.

Eddie accepted responsibility for his violation conduct at the outset; he was devastated -- he felt like he had let himself and his family down, not to mention his probation officer as well as myself. Eddie recognizes that he cannot run away from his problems. As positive as his experience in Arizona was for him in terms of his personal growth, he knows he needs to take what he learned from that experience and apply it to his life here. During the past few weeks, he has shown a commitment to doing just that. The undersigned has spent many hours with him as well as speaking with Evette. They are ready to rebuild their lives together. Both recognize that it will not be easy. Independently, both have expressed a strong desire to go to counseling together and to bring the church back into their lives. They have a shared foundation, and are cautiously optimistic as well as realistic about their future together.

The bottom line is that Eddie has succeeded on supervised release longer than most federal defendants are on supervised release. Moreover, while Eddie's failure to communicate with his probation officer for a period of weeks as required is certainly a violation, it should be considered within the context of over five years of successful communication, and is not the type of violation which justified the extensive period of supervised release originally imposed. Eddie has proven over the past two decades that he is not a danger to community, and the poor decision he made when he was 18 years old was an aberrance of adolescence. Yet, Eddie knows that it will never be enough. The reality is that Eddie's life since his release has not been easy, and his life never will be. That said, Eddie has an amazingly positive attitude towards life and a generosity of spirit that is quite remarkable considering the obstacles he has had to battle on a daily basis.

## CONCLUSION

Based upon the foregoing, Defense requests that the Court follow Probation's recommendation and sentence Eddie Bojorquez to 5 months in custody followed by one year on supervised release. The foregoing is both reasonable and sufficient, and most effectively to satisfies the goals of sentencing codified at 18 U.S.C. § 3553(a)(2).

Dated: December 10, 2015

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    /s/ Peggy Sasso
    PEGGY SASSO
    Assistant Federal Defender
    Attorney for Defendant
    Edward Bojorquez