BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                  v.<br><br>EDDIE BOJORQUEZ,<br><br>                           Defendant. | CASE NO.  1:09-CR-0255-LJO<br><br>ORDER STAYING THE RELEASE ORDER OF THE MAGISTRATE JUDGE PENDING THE REVIEW BY THE DISTRICT COURT |

On Motion of the Government to revoke the defendant's release order,

IT IS HEREBY ORDERED that the magistrate judge's order of release on the above-referenced defendant is STAYED pending a hearing before this Court.

The Defendant must file a response to the motion by April 19, 2016.

A hearing on this matter shall be held in this Court on April 25, 2016, at 10:30 a.m.

IT IS SO ORDERED.

   Dated:   **April 12, 2016**            /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

ORDER STAYING RELEASE ORDER                                   1