| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA BAR #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA BAR #228906 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorneys for Defendant |
| | EDDIE BOJORQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-0255 LJO |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | [PROPOSED] ORDER FOR TEMPORARY |
| vs. | ) | RELEASE AND TRANSPORTATION TO |
| | ) | DELANCEY STREET, SAN FRANCISCO |
| EDDIE BOJORQUEZ, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Eddie Bojorquez (Edward Bojorquez; Fresno County Sheriff's Booking No. 1617757; Person ID 7023783) shall be granted temporary release from custody at the Fresno County Jail on the conditions listed below. Eddie Bojorquez shall be released from the Fresno County Jail on Friday, April 29, 2016 at 5:30 a.m. to Kevin Mitchel, a social worker with the Office of the Federal Defender and former Bureau of Prisons employee. Kevin Mitchel and Vincent Lee, an investigator from the Office of the Federal Defender, shall then transport Eddie Bojorquez directly to the Delancey Street program located at 600 Embarcadero, San Francisco California for an intake interview. If accepted, Eddie Bojorquez will stay at Delancey Street and abide by all rules of the program. If not accepted, Mr. Mitchel will immediately and directly return Eddie Bojorquez to the Fresno County Jail no later than 7:00 p.m. on April 29, 2016.

//

1. Eddie Bojorquez shall be released to Kevin Mitchel, social worker with the Office of the Federal Defender on April 29, 2016 for the sole purpose of doing an intake interview at Delancey Street located at 600 Embarcadero, San Francisco California. Apart from the actual interview, Mr. Bojorquez shall be accompanied at all times by Mr. Mitchell, including any bathroom breaks. There shall be no stops during transit to and from Delancey Street with the exception of gas stations if necessary.

2. Should Mr. Bojorquez be admitted to Delancey Street, all of the terms and conditions of his supervised release are to remain in full force and effect, and Delancey Street is to immediately notify Mr. Bojorquez's Probation Officer should there be any violation of those terms and conditions.

3. Should Mr. Bojorquez be admitted to Delancey Street, he must comply with all the rules and regulations of the program, and shall remain in the program a minimum of 24 months, and shall not leave the program without leave of the Court or his Probation Officer.

4. Mr. Bojorquez's counsel is to notify the Court, U.S. Probation and the U.S. Attorney's office of the result of Mr. Bojorquez's interview on April 29, 2016 no later than the morning of April 30, 2016.

Dated: April ___, 2016

_____
Lawrence J. O'Neill
United States District Court Judge

Bojorquez, Eddie – [Proposed] Temporary Release Order

2