HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDDIE BOJORQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:09-cr-0255 LJO |
| *Plaintiff,* | **STIPULATION TO VACATE STATUS CONFERENCE; ORDER** |
| vs. | |
| EDDIE BOJORQUEZ, | |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference currently set for June 20, 2016 at 1:30 p.m. may be vacated.

Mr. Bojorquez entered admissions to all pending allegations on April 25, 2016 before U.S. District Judge Lawrence J. O'Neill, and thus the aforementioned status conference is no longer needed.

Dated:  April 26, 2016

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                         */s/ Mark J. McKeon*
                                         MARK J. MCKEON
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

-1-

Dated: April 26, 2016

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Peggy Sasso*
                                    PEGGY SASSO
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    EDDIE BOJORQUEZ

**O R D E R**

IT IS SO ORDERED.

Dated: **April 26, 2016**

                                    UNITED STATES MAGISTRATE JUDGE