| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA BAR #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA BAR #228906 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorneys for Defendant |
| | EDDIE BOJORQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-0255 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR RELEASE AND |
| vs. | ) | TRANSPORTATION TO PAJARO MEN'S |
| | ) | CENTER AT TEEN CHALLENGE |
| EDDIE BOJORQUEZ, | ) | MONTEREY BAY |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Eddie Bojorquez (Edward Bojorquez; Fresno County Sheriff's Booking No. 1617757; Person ID 7023783) shall be granted release from custody at the Fresno County Jail. Eddie Bojorquez shall be released from the Fresno County Jail on Wednesday, May 18, 2016 at 7:30 a.m. to Kevin Mitchell, a social worker with the Office of the Federal Defender and former Bureau of Prisons employee. Kevin Mitchell shall then transport Eddie Bojorquez directly to the Pajaro Men's Center, Teen Challenge Monterey Bay located at 111 Railroad Avenue, Pajaro CA 95076.

1. All of the terms and conditions of his supervised release are to remain in full force and effect, and Pajaro Men's Center is to immediately notify Mr. Bojorquez's Probation Officer should there be any violation of those terms and conditions.

2. Mr. Bojorquez be admitted to Pajaro Men's Center, he must comply with all the rules and regulations of the program, and shall remain in the program a minimum of 13 months, and shall not leave the program without leave of the Court or his Probation Officer.

IT IS SO ORDERED.

Dated: **May 16, 2016**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE