# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE BOJORQUEZ,<br><br>　　　　Defendant. | 1:09-cR-00255-LJO-1<br><br>ORDER EXTENDING SUPERVISION |

　　　The Court is aware that, without an Order of Extension, the Defendant's Supervision expires at the end of today. In light of the pending revocation proceedings, coupled with the in-progress Teen Challenge program, this Court hereby extends the supervision to July 7, 2017, with a Status Conference set for June 26, 2017 at 8:30 a.m.

IT IS SO ORDERED.

　　　Dated:　**January 27, 2017**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1